**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| In the matter of | ) | Chapter 7 |
| | ) | |
| JAMES H. CHERRY, | ) | Case No. 11-50010 AHWS |
| | ) | |
| Debtor | ) | May 20, 2011 |

**NOTICE OF SALE OF PROPERTY OF ESTATE**
**AND OPPORTUNITY FOR OBJECTIONS THERETO**

Notice is hereby given by Richard M. Coan, Trustee in the above case, that he intends to sell property of the above estate at private sale. The property to be sold consists of a stream of payments in the amount of $582.14 per month beginning with the July 2011 payment and continuing through the final payment in September 2013, which payments are paid by Integrity Life Insurance Company by virtue of an annuity contract between Integrity Life Insurance Company and the debtor's mother, now deceased, being Contract #2130147710. The stream of payments will be sold to Cedarcrest Capital, LLC, Arsenal Station, P.O. Box 830669, San Antonio, TX 78283 for the sum of $9,750.00.

Further information with reference to the property and the sale may be obtained from the trustee, Richard M. Coan, Coan, Lewendon, Gulliver & Miltenberger, LLC, 495 Orange Street, New Haven, Connecticut 06511, telephone (203) 624-4756.

Any person objecting to said sale or wishing to make a higher offer should notify the Clerk of the Bankruptcy Court, United States Courthouse, 915 Lafayette Boulevard, Bridgeport, Connecticut 06604 in writing with a copy of the objection to Richard M. Coan no later than _____6-17-11_____, 2011. A hearing on the objections is scheduled for _June 21st, 2011_ at 10:00am ~~NOON~~ at the Bankruptcy Court, First Floor, U.S. Courthouse, 915 Lafayette Boulevard, Bridgeport, Connecticut 06604.

In the event that any person gives notice of a desire to make a higher offer, the Trustee shall hold an auction at the time of the above-scheduled hearing or at a later date. Further details may be obtained from the Trustee.

If no objections to such sale or higher offers are received by the date specified above for objections or higher offers, said sale will be conducted as set forth above.

Dated at New Haven, Connecticut this 20th day of May 2011.

/s/ Richard M. Coan
Richard M. Coan, Trustee (ct06376)
Coan, Lewendon, Gulliver & Miltenberger, LLC
495 Orange Street
New Haven, Connecticut 06511
Telephone:    (203) 624-4756
Facsimile:    (203) 865-3673
rcoan@coanlewendon.com