UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
Bridgeport Division

IN RE:
JAMES H. CHERRY                                             : CHAPTER 7
    DEBTOR                                               : CASE NO. 11-50010

CITIMORTGAGE, INC.
    MOVANT                                               : RE: DOC. I.D. NO. 41
VS
JAMES H. CHERRY
    DEBTOR
RICHARD M. COAN, TRUSTEE                            :
    RESPONDENTS

### ORDER GRANTING CITIMORTGAGE, INC. RELIEF FROM STAY

After notice on the above-referenced Motion for Relief from Stay, Doc. I.D. No. 41:

**IT IS HEREBY ORDERED** that the Automatic Stay of Section 362(a) in the above-captioned estate is modified to permit CITIMORTGAGE, INC. and/or its successors and assigns to commence and/or continue and prosecute to resolution a foreclosure action affecting the Debtor's interest in real property known as **187 Kent Cornwall Road, Kent, Connecticut** in accordance with state law and/or permit CITIMORTGAGE, INC. and/or its successors and assigns to contact the Debtor by telephone or written correspondence and, at its option, offer, provide and enter into a potential forbearance agreement, loan modification, refinance agreement or other loan workout/loss mitigation agreement. If the Debtor received a Chapter 7 discharge after the Movant's loan was originated, any such agreement shall be non-recourse unless a Chapter 7 discharge enters, no deficiency judgment shall be enforced without further order of this court.

**IT IS FURTHER ORDERED** that the 14 day stay of Fed.R.Bankr.P. 4001(a)(3) is not applicable so that CITIMORTGAGE, INC. may immediately enforce and implement this order granting relief from automatic stay.

Dated: June 15, 2011                    By the court

Alan H. W. Shiff
United States Bankruptcy Judge

United States Bankruptcy Court
District of Connecticut

In re:                                                                    Case No. 11-50010-ahws
James H. Cherry                                                           Chapter 7
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0205-5         User: sstaton          Page 1 of 1          Date Rcvd: Jun 15, 2011
                             Form ID: pdfdoc2       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 17, 2011.
db          +James H. Cherry,   P.O. Box 384,   Kent, CT 06757-0384

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                       TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 17, 2011**                         **Signature:** _/s/ Joseph Speetjens_